**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6824

WILLIAM DUNCAN,

Plaintiff - Appellant,

versus

L. M. SOLOMON; J. N. VAUGHAN; WILLIAM CARROLL,
JR.; W. C VINSON; B. COTTON; D. GLOVER, Lt.;
D. FUTRELL, Lt.; REGINALD E. MIDGETTE, Rev.;
LUCIEN CAPONE, III; JAMES C. JOHNSON; LUNSFORD
LONG; MATTHEW ROUSE, JR.; N. M. JAMES; GEROTHA
R. SPAIN; R. R. MEWBORN; BOYD BENNETT; CHARLES
STEVENS, Manager; R. C. KING; C. EDWARDS; GWEN
NORVILLE; JAMES BARBER; VICTORIA HUNT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, Senior
District Judge. (5:06-ct-03001-H)

Submitted: September 28, 2006      Decided: October 10, 2006

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Duncan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Duncan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Duncan v. Solomon</u>, No. 5:06-ct-03001-H (E.D.N.C. Apr. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>